1050

THE STATE OF WASHINGTON, *Respondent,* v. RAYMON WAYMON BERNARD KING, JR., *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 81–1–00254–4, John N. Skimas, J., entered October 16, 1981. *Reversed* by unpublished opinion per Worswick, A.C.J., concurred in by Petrie and Reed, JJ.

THE STATE OF WASHINGTON, *Respondent,* v. RAYMOND DELAPAZ ZAMORA, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 81–1–00456–4, Harold D. Clarke, J., entered February 6, 1982. *Remanded with instructions* by unpublished opinion per McInturff, J., concurred in by Roe, C.J., and Munson, J.

THE STATE OF WASHINGTON, *Respondent,* v. PAUL ANTHONY ELDER, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 81–1–02177–4, Jim Bates, J., entered November 17, 1981. *Affirmed* by unpublished opinion per Andersen, C.J., concurred in by Williams and Scholfield, JJ.

THE STATE OF WASHINGTON, *Respondent,* v. TONY MICHAEL WICKER, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 81–1–00284–2, James A. Noe, J., entered May 28, 1981. *Affirmed* by unpublished opinion per Scholfield, J., concurred in by Andersen, C.J., and Corbett, J.